<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6986**

———————————

GARY LEE HARRIS,

Petitioner - Appellant,

versus

A. D. ROBERTSON, Warden,

Respondent - Appellee.

———————————

**No. 97-7106**

———————————

GARY LEE HARRIS,

Petitioner - Appellant,

versus

A. D. ROBERTSON, Warden,

Respondent - Appellee.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Senior District Judge. (CA-97-951-A)

Submitted: November 20, 1997      Decided: December 10, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gary Lee Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. Harris v. Robertson, CA-97-951-A (E.D. Va. July 2 and 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED